In the
# United States Court of Appeals
For the Eleventh Circuit

_____

No. 24-11145

_____

THE BAPTIST COLLEGE OF FLORIDA INC,

                Plaintiff-Counter Defendant-Appellee,

*versus*

CHURCH MUTUAL INSURANCE COMPANY SI,

                Defendant-Counter Claimant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:22-cv-00158-MW-MJF

_____

JUDGMENT

2 24-11145

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: July 5, 2024

For the Court: DAVID J. SMITH, Clerk of Court